FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 SEP 16 PM 1:29

TIM J. ELLIS CLERK

BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re:                          )
                                )
DRUMMOND, CODY JAY              )
                                )
                                )    Case No. 08-20399
                                )    Chapter 7
            Debtor(s).          )

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1.    That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid.

2.    That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| Name | Address | Amount |
|------|---------|--------|
| Discover Bank DFS Services, LLC | PO Box 3025 New Albany, OH 43054-3025 | $113.23 |

3.    That the Trustee's check for $ 113.23 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 14th day of September 2010.

/s/ Gary A. Barney
Gary A. Barney, Trustee